# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. LUIS AURELIO RODRIGUEZ-GARABITO, Defendant. | No. 11-CR-3001-LRR  **ORDER** |

_____

The matter before the court is Defendant Luis Aurelio Rodriguez-Garabito's "Motion to Suppress" ("Motion") (docket no. 8). United States Magistrate Judge Jon S. Scoles issued a report and recommendation ("Report and Recommendation") (docket no. 19) on the Motion, which recommends that the undersigned deny the Motion.

On January 12, 2011, a grand jury returned a one-count Indictment (docket no. 2) against Defendant. Count 1 charges Defendant with Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). On February 10, 2011, Defendant filed the Motion. On February 14, 2011, the government filed a Resistance (docket no. 10). On February 16, 2011, a grand jury returned a two-count Superseding Indictment (docket no. 14) against Defendant. Count 1 charges Defendant with Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B). Count 2 charges Defendant with Conspiracy to Distribute Cocaine and Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B) and 846.

On February 18, 2011, Judge Scoles held a hearing on the Motion. Special Assistant United States Attorney Justin Aaron Lightfoot represented the government. Attorney Leslie E. Stokke represented Defendant, who was personally present. On February 25, 2011, Judge Scoles filed the Report and Recommendation, which states that

"within fourteen (14) days after being served with a copy of this Report and Recommendation, any party may serve and file written objections with the district court." Report and Recommendation at 7

The time to object to the Report and Recommendation has expired. Defendant has not filed any objections to the Report and Recommendation. Defendant has thus waived his right to de novo review of the Report and Recommendation. *See, e.g., United States v. Rodriguez*, 484 F.3d 1006, 1010-11 (8th Cir. 2007) ("[Defendant's] 'failure to file any objections waived his right to de novo review by the district court of any portion of the report and recommendation of the magistrate judge as well as his right to appeal from the findings of fact therein.'" (quoting *United States v. Newton*, 259 F.3d 964, 966 (8th Cir. 2001))). The court finds no plain error in Judge Scoles's decision. Accordingly, the court **ADOPTS** the Report and Recommendation (docket no. 19). The Motion (docket no. 8) is **DENIED**.

**IT IS SO ORDERED**.

**DATED** this 14th day of March, 2011.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

.